United States District Court
District of New Hampshire
Proposed Order for Relief

The plaintiff's wife, Edythe Murphy, be enjoined from commencing work on the parties power installation contract, for an installation of overhead wires and any electrical work to the property located at Lot 137, Eastern Corner Rd, Campton, NH 03223, for a period of 60 days or until the New Hampshire Supreme Court has heard, and decided the plaintiff's appeal.