UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Kevin J. Rogers

    v.     Civil No. 16-cv-520-JL

Michael H. Garner, et al.

# JUDGMENT

Judgment is hereby entered in accordance with the Order dated March 14, 2017, by Chief Judge Joseph N. Laplante, approving the Report and Recommendation dated February 15, 2017, by Magistrate Judge Andrea K. Johnstone.

By the Court,

_____
Daniel J. Lynch
Clerk of Court

Date: March 14, 2017

cc:   Kevin J. Rogers, pro se